1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 43,322

7  Attorneys for Plaintiff
   EVENT ENTERTAINMENT, INC.
8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11  EVENT ENTERTAINMENT,          )    CASE NO. CV 98-9596-RMT (VAPx)
    INC.,                         )
12                                )
              Plaintiff,          )    [PROPOSED] RENEWAL OF
13                                )    DEFAULT JUDGMENT
    vs.                           )
14                                )
    JOSE MATEO ZAMBRANO,          )
15  individually and dba MARIPOSA )
    CAFÉ,                         )
16                                )
              Defendant.          )
17  _____)

18        Based upon the application for renewal of the judgment of the original

19  judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320,

20  and for good cause appearing, therefore,

21        The judgment to and against Defendant JOSE MATEO ZAMBRANO,

22  individually and dba MARIPOSA CAFÉ, the Default entered on 9/29/99 (copy

23  attached) is hereby renewed in the amounts as set forth below:

24        Renewal of money judgment

25        a.  Total judgment                      $16,500.00
          b.  Costs after judgment                $    -0-
26        c.  Attorneys fees:                      $    -0-
          d.  Subtotal (*add a and b*)            $16,500.00
27        e.  Credits after judgment               $    -0-
          f.  Subtotal (*subtract d from c*)      $16,500.00
28        g.  Interest after judgment             $ 4,125.00

h. Fee for filing renewal application     $   -0-
i. **Total renewed judgment** *(add e, 5, and g)*    $20,625.00

DATED:    4/06/09        CLERK, by   Lori Muraoka     ,
                                  Deputy

F:\USERS\DJCNEW\mariposa.renewal

# PROOF OF SERVICE

JOSE MATEO ZAMBRANO,
individually and dba MARIPOSA CAFÉ
9318 S. Broadway
Los Angeles, CA 90037

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF DEFAULT JUDGMENT

on the above-named person(s) by:

__XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2009.


                         /s/ Karene Jen
                         Karene Jen